IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIRRICO BENNETT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-735-SMD |
| MILTON E. SMITH, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 13), this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court is DIRECTED to close this case.

DONE this 27th day of March, 2024.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE